IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NELSON D. ADAMS, SR., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>H.J. BAKER & BRO., INC. )<br>)<br>)<br>Defendant. ) | Case No. CIV-11-149-FHS |

**ADMINISTRATIVE CLOSURE ORDER**

This Court has been informed telephonically by counsel that a settlement agreement has been reached in this case. Counsel requests that the parties be afforded sixty (60) days within which to submit final closing documents to the court.

IT IS THEREFORE ORDERED that the Clerk administratively close this action in his records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation, order, or judgment, for any other purpose required to obtain a final determination of the proceedings, or for any purpose designated in the Settlement Agreement between the parties. But, in any event, Plaintiff shall submit a judgment, stipulation of dismissal or other closing documents no later than **March 7, 2012**, or the case will be deemed dismissed in its entirety.

IT IS SO ORDERED this 17th day of January, 2012.

Frank H. Seay
United States District Judge